CASE NO. 5 : 2 5 - CV - 00249-FL

EDYTA HANNA BASISTA and

AMY HENDRICKS PALACIOS,

    Plaintiffs,

      v.

Defendants sued in their official and individual
capacities:

SENATOR SYDNEY BATCH; JUDGE CHRISTY E.
WILHELM; JUDGE NATHANIEL M. KNUST;
MAGISTRATE P. POWE; OFFICER TYLER BURNS;
OFFICER TRYSTAN JORDAN; JUDGE JULIE L.
BELL; JUDGE PAUL C. PITTMAN; JUDGE
VINSTON ROZIER; JUDGE GEORGE R. HICKS III;
JUDGE MARGARET P. EAGLES; FORMER JUDGE
DONNA HEDGEPETH JOHNSON; JOHN DOE (as
NCDHHS Enforcement Officer).,

Defendants sued in their individual capacities only:
ATTORNEY HERBERT J. WHITE; MATTHEW
BLEDSOE; BRAD URBAN; ATTORNEY EVONNE
S. HOPKINS; DR. LINDA NORRIS; DR. CYNTHIA
SORTISIO; ATTORNEY JOHN T. CROOK;
ATTORNEY ROBERT SHIELDS; KAREN
SWINEHART; ATTORNEY MEREDITH S.
NICOLSON; ATTORNEY KRISTIN RUTH;
ATTORNEY RANDELL HASTINGS; STEPHEN
MARINO; JOHN DOES 1–10.

**FILED**

MAY 0 9 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**MOTION TO SEAL
PLAINTIFFS'
EXHIBIT EB01**

1

NOW COMES Plaintiff Edyta Hanna Basista, by and through undersigned counsel, and respectfully moves this Court, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Local Civil Rule 79.2, and the inherent power of the Court to control its own records, to seal Exhibit EB01 submitted in support of her Emergency Motion for Temporary Restraining Order and Preliminary Injunction. In support of this Motion, Plaintiff states as follows:

## I.  INTRODUCTION

1. Exhibit EB01 contains highly sensitive, personally identifiable information ("PII"), including trauma-linked records, medical records, and other confidential documents protected by federal and state privacy laws, including the Privacy Act, 5 U.S.C. § 552a, the Violence Against Women Act (VAWA), 34 U.S.C. § 12291(b)(2), and the Health Insurance Portability and Accountability Act (HIPAA).

2. This information is further protected by a prior Family Court Protective Order entered in Wake County Case No. 20-CVD-12899 ("2021 Family Court Protective Order"), attached hereto as Exhibit 1, which explicitly prohibits the public dissemination of these sensitive records. This order was subsequently upheld by a federal sealing order in Case No. 5:24-cv-00686-BO-KS, further reinforcing the confidentiality of these materials.

3. Despite these protections, certain Defendants in this action, including Evonne S. Hopkins and Robert Shields, improperly disclosed portions of these confidential records in a public filing in Wake County Superior Court Case No. 24-CVS-32966-910, in direct violation of the existing Family Court Protective Order and the subsequent federal sealing order.

4. Given the ongoing risk of further unauthorized disclosures, and the severe potential harm to Plaintiff's privacy and safety, good cause exists to seal Exhibit EB01 in its entirety to prevent further harm and to maintain the integrity of the judicial process.

## II.  LEGAL STANDARD

1. Under Local Civil Rule 79.2, this Court has broad discretion to seal records to protect sensitive information and to prevent undue harm to parties.

2

2. Federal courts recognize the importance of safeguarding PII, particularly where the disclosure of such information may lead to harassment, reputational harm, or emotional distress. See *Doe v. Public Citizen*, 749 F.3d 246, 273 (4th Cir. 2014) ("Courts have refused to permit their files to serve as sources of business information that might harm a litigant's competitive standing.").

3. The need to protect Plaintiff's privacy interests, particularly where those interests are reinforced by multiple protective orders, outweighs the public interest in unrestricted access to these records.

III.  CONCLUSION

WHEREFORE, Plaintiff Edyta Hanna Basista respectfully requests that this Court enter an Order:

A.  Sealing Exhibit EB01 in its entirety;

B.  Directing the Clerk to restrict public access to Exhibit EB01 in accordance with this Motion;

C.  Requiring that any future filings containing or referencing Exhibit EB01 be similarly sealed without further motion;

D.  Granting such other and further relief as this Court deems just and proper.

Respectfully submitted this *9th* May 2025.

Edyta Basista, *Plaintiff Pro Se*
(516) 446-0877
ehbasista@gmail.com

EXHIBITS:

Exhibit 1: 2021 Family Court Protective Order (20-CVD-12899) (Attached); Exhibit 2: Federal Seal Order (5:24-cv-00686-BO-KS) (Attached)

3