IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-249-FL

| | | |
|---|---|---|
| EDYTA HANNA BASISTA and AMY HENDRICKS PALACIOS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Defendants sued in their official and individual capacities: SENATOR SYDNEY BATCH; JUDGE CHRISTY E. WILHELM; JUDGE NATHANIEL M. KNUST; MAGISTRATE PHILLIP POWE; OFFICER TYLER BURNS; OFFICER TRYSTAN JORDAN; JUDGE JULIE L. BELL; JUDGE PAUL C. PITTMAN; JUDGE VINSTON ROZIER; JUDGE GEORGE R. HICKS III; JUDGE MARGARET P. EAGLES; FORMER JUDGE DONNA HEDGEPETH JOHNSON; JOHN DOE (as NCDHHS Enforcement Officer)., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants sued in their individual capacities only: ATTORNEY HERBERT J. WHITE; MATTHEW BLEDSOE; BRAD URBAN; ATTORNEY EVONNE S. HOPKINS; DR. LINDA NORRIS; DR. CYNTHIA SORTISIO; ATTRORNEY JOHN T. CROOK; ATTORNEY ROBERT SHIELDS; KAREN SWINEHART; ATTORNEY MEREDITH S. NICHOLSON; ATTORNEY KRISTIN RUTH; ATTORNEY RANDELL HASTINGS; STEPHEN MARINO; JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' request for a temporary restraining order (DE 7), and plaintiffs' motions to seal (DE 9, 10).[1]  Plaintiffs, proceeding pro se, seek the court 1) declare certain state child custody, support, and termination orders void ab initio; 2) enjoin defendants from enforcing these orders; 3) enjoin any wage garnishments, asset freezes, or financial collections against plaintiff Palacios; 4) order immediate restoration of plaintiff Basista's parental rights; 5) strike documents from a state court's docket; and 6) prohibit certain retaliation, harassment or obstruction.

Plaintiffs fail clearly to show by facts in an affidavit or verified complaint that they will suffer immediate and irreparable injury before defendants can be heard in opposition, or to certify in writing any effort made to give notice or reason why it should not be required.  Fed. R. Civ. P. 65(b)(1).  Their request for a temporary restraining order is DENIED.

Plaintiffs also move to seal various documents.  Plaintiffs' first motion requests the sealing of an order issued by a state court, filed as an exhibit to plaintiffs' motion for preliminary injunctive relief.  Plaintiffs' second motion is less clear, but appears to request sealing of at least the other exhibits to plaintiffs' motion for preliminary injunctive relief.  These exhibits all contain sensitive medical information and the full names of minor children, and one contains sensitive banking record information.  Therefore, for good cause shown, plaintiffs' motions to seal these filings are ALLOWED. The clerk is DIRECTED to maintain docket entries 7-1, 7-2, 7-3, 7-4, 7-5, and 8 under seal.

SO ORDERED, this the 22nd day of May, 2025.

                                                LOUISE W. FLANAGAN
                                                United States District Judge

---

[1] Also pending is plaintiffs' motion for preliminary injunction (DE 7), not yet ripe.