IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-249-FL

| | |
|---|---|
| EDYTA HANNA BASISTA and AMY HENDRICKS PALACIOS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| Defendants sued in their official and individual capacities: SENATOR SYDNEY BATCH; JUDGE CHRISTY E. WILHELM; JUDGE NATHANIEL M. KNUST; MAGISTRATE PHILLIP POWE; OFFICER TYLER BURNS; OFFICER TRYSTAN JORDAN; JUDGE JULIE L. BELL; JUDGE PAUL C. PITTMAN; JUDGE VINSTON ROZIER; JUDGE GEORGE R. HICKS III; JUDGE MARGARET P. EAGLES; FORMER JUDGE DONNA HEDGEPETH JOHNSON; JOHN DOE (as NCDHHS Enforcement Officer), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER |
| Defendants sued in their individual capacities only: ATTORNEY HERBERT J. WHITE; MATTHEW BLEDSOE; BRAD URBAN; ATTORNEY EVONNE S. HOPKINS; DR. LINDA NORRIS; DR. CYNTHIA SORTISIO; ATTRORNEY JOHN T. CROOK; ATTORNEY ROBERT SHIELDS; KAREN SWINEHART; ATTORNEY MEREDITH S. NICHOLSON; ATTORNEY KRISTIN RUTH; ATTORNEY RANDELL HASTINGS; STEPHEN MARINO; JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the court on plaintiffs' motion for a "temporary injunction, protective order, and sanctions due to retaliatory state court conduct." (DE 125). The motion is denied. A memorandum opinion explaining the court's reasoning will follow.

SO ORDERED, this the 21st day of July, 2025.

LOUISE W. FLANAGAN
United States District Judge